January 15, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JOSE CISNADO AND JUANITA J. CISNADO, Appellants

NO. 14-12-00028-CV                              V.

SHADY OAK ESTATES HOMEOWNER'S ASSOCIATION, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Shady Oak Estates Homeowner's Association, Inc., signed, October 6, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Jose Cisnado and Juanita J. Cisnado, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.